IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JILL CORDAN | : |
|          Plaintiff, | : |
| | : |
|          v. | :   Civil No. 5:25-cv-03179-JMG |
| | : |
| JEFFREY MITCHELL, TOMMY RYAN and | : |
| EAST COCALICO TOWNSHIP | : |
|          Defendants. | : |

_____

## ORDER

**AND NOW,** this 28th day of October, 2025, upon consideration of Defendants' Motion to Dismiss Pursuant to F.R.C.P 12(b)(6) (ECF No. 9) and Plaintiff's Response in Opposition (ECF No. 15), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 9) is **GRANTED, in part**, **with prejudice**, concerning Count II (*Monell* Claim against individual Defendants), and Count V (Denial of Equal Rights Under the Law).

**IT IS FURTHER ORDERED** that Defendants Motion to Dismiss (ECF No. 9) is **GRANTED, in part**, **without prejudice**, concerning Count I (First Amendment Retaliation), Count II (*Monell* claim against East Cocalico Township), Count III (Violation of Equal Protection Claim), Count IV (Civil Conspiracy), Count VI (Conspiracy to Interfere with Civil Rights), Count VII (Intentional Infliction of Emotional Distress), and Count IIX (Negligent Infliction of Emotional Distress).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 17, 2025,** to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15 (a)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge
