**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL CORDAN | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-03179-JMG |
| | : | |
| JEFFREY MITCHELL, *et al* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this    30ᵗʰ    day of June, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P 12(b)(6) (ECF No. 21) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P 12(b)(6) (ECF No. 22), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion (ECF No. 21) is **GRANTED with prejudice**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge